JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ROMERO and BRIAN ROSARIO,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and YANEZ, LOERA, MEYER, and DOES 1 through 10, inclusive, individually and in their official capacity as Los Angeles County Sheriff's deputies,<br><br>Defendants. | Case No. 2:21-cv-03972-SPG-PVC<br><br>**JUDGMENT AFTER TRIAL BY JURY** |

On July 9, 2024, trial of the foregoing matter commenced in Courtroom 5C of the United States District Court, Central District of California, 350 West First Street, Los Angeles, California 90012, the Honorable Sherilyn Peace Garnett presiding. Plaintiffs Jessica Romero ("Romero") and Brian Rosario ("Rosario," and, together with Romero, "Plaintiffs") were represented by Morgan Ricketts (lead counsel) and Rebecca Brown; Defendants County of Los Angeles (the "County"), Delia Loera ("Loera"), Andrew Yanez ("Yanez"), and Gladys Meyer ("Meyer," and collectively with the County, Loera, and

1  Yanez, "Defendants") were represented by Michael Allen (lead counsel) and Oscar Bustos.
2  A jury of eight persons was empaneled and sworn.  The case was tried in two phases:
3  (1) liability and damages; and (2) punitive damages.  Witnesses were sworn and testified.
4       On July 19, 2024, the jury returned unanimous verdicts for both phases of the trial.
5  The jury found Loera liable to Romero on Romero's excessive force claim under Title 42,
6  United States Code, Section 1983 only.  The jury awarded compensatory damages to
7  Romero and against Loera in the amount of $125,000, as well as punitive damages.
8       After the jury's verdicts, to avoid post-trial motions and appeals, the parties reached
9  an agreement.  Pursuant to the agreement, Romero has waived her award of punitive
10 damages against Loera, each party has waived the right to file post-trial motions and an
11 appeal, and the parties have stipulated to the amount of $615,000 in attorneys' fees and
12 costs to be awarded to Romero, in addition to the jury's award of compensatory damages.
13      THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
14      That judgment be, and hereby is, entered in favor of Romero and against Loera in
15 the amount of $740,000, inclusive of all compensatory damages ($125,000) and all
16 attorneys' fees and costs ($615,000);
17      That Romero shall recover post-judgment interest pursuant to 28 U.S.C. § 1961,
18 which will begin to accrue after a 30-day grace period following entry of judgment;
19      That judgment be, and hereby is, entered in favor of the County, Yanez, and Meyer
20 and against Plaintiffs Romero and Rosario;
21      That no party shall file, pursue, or allow to be pursued any post-trial motion or
22 appeal; and

That the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

**IT IS SO ORDERED.**

DATED: December 17, 2024

_____
UNITED STATES DISTRICT JUDGE